```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/25/15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

UNITED STATES OF AMERICA          :      ORDER ACCEPTING
                                         PLEA ALLOCUTION
    -v.-                          :

DMITRI JEGOROV,                   :      S2 11 Cr. 878 (LAK)

            Defendant.            :

------------------------------------X

WHEREAS, with the defendant's consent, his guilty plea allocution was taken before a Magistrate Judge on March 9, 2015;

WHEREAS, a transcript of the allocution was made and thereafter transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty pleas knowingly and voluntarily and that there is a factual basis for the guilty pleas,

IT IS HEREBY ORDERED that the defendant's guilty pleas are accepted.

SO ORDERED.

DATED:  New York, New York
        March  25 , 2015

_____
HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE